PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for FREDERICK TATUM

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TATUM,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant | Case No.: 2: 14-CV-01622-CMK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of April 20, 2015. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.


Dated:  03/16/15                                    /s/ Peter  Brixie
                                                    PETER E. BRIXIE
                                                    Attorney at Law
                                                    Attorney for Plaintiff


Dated:  03/16/15                    By:     /s/ Ellinor R. Coder
                                            ELLINOR R. CODER
                                            Special Assistant U. S. Attorney
                                            Of Counsel:  AMANDA SCHAPEL
                                            Assistant Regional Counsel
                                            Attorneys for Defendant


__ooo__

APPROVED AND SO ORDERED

**Dated:  March 20, 2015**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE