PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for FREDERICK TATUM

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK TATUM,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant | Case No.: 2: 14-CV-01622-CMK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of May 20, 2015. The extension is needed due to press of business in plaintiff's attorney's office.

1  This is the 2nd request for extension by plaintiff.

2

3  Dated:  04/14/15                              /s/ Peter Brixie
                                                 PETER E. BRIXIE
4                                                Attorney at Law
                                                 Attorney for Plaintiff
5

6  Dated:  04/14/15                    By:       /s/ Ellinor R. Coder
                                                 ELLINOR R. CODER
7                                                Special Assistant U. S. Attorney
                                                 Attorneys for Defendant
8

9                                    __ooo__

                              APPROVED AND SO ORDERED
10

11

12       Dated:  April 16, 2015                  [signature]
                                                 CRAIG M. KELLISON
13                                               UNITED STATES MAGISTRATE JUDGE