BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FREDERICK TATUM,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-CV-01622-CMK<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant's Opposition to Plaintiff's Motion for Summary Judgment be extended from **June 19, 2015** to **July 20, 2015**. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of the heavy workload of counsel responsible for briefing this case. For example, counsel for Defendant is responsible for briefing a case before the Ninth Circuit this month and has dozens of active District Court cases in a variety of stages.

Stip. & Prop. Order for Ext.; 2:14-CV-01622-CMK     1

1  Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3                                              Respectfully submitted,

4  Dated:  June 15, 2015                       /s/ Peter E. Brixie_____

5                                              (As authorized via email on 6/15/2015)
                                                PETER E. BRIXIE
6                                              Attorney for Plaintiff

7

8  Dated:  June 15, 2015                       BENJAMIN B. WAGNER
                                                United States Attorney
9                                              DONNA L. CALVERT
                                                Regional Chief Counsel, Region IX
10                                             Social Security Administration

11

12                                By           /s/ Ellinor Coder_____
                                                ELLINOR CODER
13                                              Special Assistant U.S. Attorney

14                                              Attorneys for Defendant

15  OF COUNSEL FOR DEFENDANT

16  AMANDA SCHAPEL
    Assistant Regional Counsel
17

18                                    ORDER

19

20  APPROVED AND SO ORDERED:

21

22  Dated:  June 18, 2015

23                                              _____
                                                CRAIG M. KELLISON
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Stip. & Prop. Order for Ext.; 2:14-CV-01622-CMK        2