1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
3  Sacramento, CA 95814
   Telephone: (916) 658-1880 Fax: (916) 658-1884
4  peterbrixie@gmail.com

5  Attorney for FREDERICK TATUM

6

7                  UNITED STATE DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9  FREDRICK TATUM,                    | Case No.: 2:14-CV-01622-CMK
10      PLAINTIFF,
11              VS.                   | STIPULATION AND ORDER EXTENDING
                                        TIME TO FILE A REPLY IN SUPPORT OF
12 COMMISSIONER OF SOCIAL SECURITY,   | PLAINTIFF'S MOTION SUMMARY
                                        JUDGEMENT
13      DEFENDANT
14

15

16      IT IS HEREBY STIPULATED by and between the parties, through their respective
17 undersigned attorneys, and with the permission of the Court as evidenced below, that the
18 Plaintiff's time to file a reply in support of plaintiff's motion summary judgement in the above-
19 referenced case is hereby extended to the new filing date of August 14, 2015. The extension is
20 needed due to press of business in plaintiff's attorney's office.

21

22

23

24

25
   STIPULATION AND ORDER EXTENDING TIME TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S
   MOTION SUMMARY JUDGEMENT - 1

1 | This is the 1st request for extension by Plaintiff.

2

3 | Dated:  08/10/15                         /s/ Peter Brixie
                                              PETER E. BRIXIE
4                                             Attorney at Law
                                              Attorney for Plaintiff

5

6 | Dated: 08/10/15                    By:   /s/ Ellinor R. Coder
                                              ELLINOR R. CODER
                                              Special Assistant U. S. Attorney
7                                             Attorneys for Defendant

8                                  __ooo__

9                        APPROVED AND SO ORDERED

10

11

12 | Dated:  August 11, 2015

                                        CRAIG M. KELLISON
13                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER EXTENDING TIME TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION SUMMARY JUDGEMENT - 2